UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DANIEL THOMAS HARVEY,<br><br>Petitioner,<br>v.<br><br>AARON D. FORD, *et. al*,<br><br>Respondents. | Case No. 3:19-cv-00312-MMD-CBC<br><br>ORDER |

Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The petition is not, however, on the Court's approved form for a habeas proceeding. *See* Local Rule, LSR 3-1 (requiring habeas petitioners appearing *pro se* to file petitions on the Court's approved form). Consequently, the Court is without much of the information necessary to screen the petition under Rule 4 of the Rules Governing Habeas Cases Under Section 2254.

It is therefore ordered that Petitioner will have 30 days to file an amended petition using the Court's approved form. Failure to comply with this order within the time allowed will result in the dismissal of this action without prejudice.

It is further ordered that the Clerk of Court will send Petitioner two copies of a noncapital Section 2254 habeas petition form, one copy of the instructions for the form, and a copy of the papers he has submitted in this action.

DATED THIS 28th day of June 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE